Peter Dubowsky, Esq.
Nevada Bar No. 4972
Amanda C. Vogler, Esq.
Nevada Bar No. 13609
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
Fax: 702-360-3515
Tel: 702-360-3500
Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Juan M. Moreno and Maria Luna Valle, individually and d/b/a El Chamizal; and El Chamizal, LLC, an unknown business entity d/b/a El Chamizal; and DOES I-X and ROE CORPORATIONS I-X, inclusive <br><br> Defendants | Case No.: 2:17-cv-00680-MMD-NJK |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff J&J Sports Productions, Inc. and Defendants Juan M. Moreno and Maria Luna Valle, individually and d/b/a El Chamizal; and El Chamizal, LLC d/b/a El Chamizal, by and through their respective counsel, that the above-captioned action is voluntarily dismissed

//

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 3/18/19                    Dated: 3/7/19

DUBOWSKY LAW OFFICE, CHTD.        THE WASIELEWSKI LAW FIRM, LTD.

By: _Amanda Vogler-Heaton_        By: _Andrew Wasielewski_
Amanda C. Vogler-Heaton, Esq.     Andrew Wasielewski, Esq.
300 South Fourth Street, Suite 1020   8275 South Eastern Ave., Suite 200-818
Las Vegas, Nevada 89101           Las Vegas, Nevada 89123
Attorney for Plaintiff            Attorney for Defendants

IT IS SO ORDERED.

Dated: March 18, 2019

_____
U.S. District Judge